## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Linda Kaye Armstrong,                                                     Civil No. 10-3740 (DWF/LIB)

          Plaintiff,

v.                                                     **ORDER ADOPTING REPORT**
                                                        **AND RECOMMENDATION**

Social Security Administration,

          Defendant.

---

Linda Kaye Armstrong, *Pro Se*, Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of Magistrate Judge Leo I. Brisbois. Defendant Social Security Administration filed a response to the Report and Recommendation on April 12, 2011 (Doc. No. [16]). No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

      **IT IS HEREBY ORDERED** that:

      1.      Defendant's Motion to Dismiss (Doc. No. [8]) is **GRANTED**.

2. That this action be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.


Dated: May 4, 2011        s/Donovan W. Frank
                          DONOVAN W. FRANK
                          United States District Judge